# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NACHATTAR KAUR GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-0427 JLT BAM<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF NACHATTAR KAUR GARCIA AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

Plaintiff Nachattar Kaur Garcia and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on January 13, 2022. (Doc. 21 at 1-2.) Pursuant to the terms of the stipulation, the matter shall be remanded for an ALJ to issue a new decision. (*Id.* at 2.) The ALJ shall further develop the record, offer the opportunity for a new hearing, evaluate Plaintiff's "alleged symptoms and provide rationale in accordance with 20 C.F.R. § 416.929 and Social Security Ruling 16-3p," and evaluate Plaintiff's residual functional capacity. (*Id.* at 1-2.) Further, the ALJ shall obtain supplemental vocational expert testimony, if warranted. (*Id.*)

---

[1] The action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).

In addition, the parties stipulated judgment shall be entered in favor of Plaintiff and against the Defendant, reversing the final decision of the Commissioner. (Doc. 21 at 2.)

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Nachattar Kaur Garcia and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **January 13, 2022**

_____
UNITED STATES DISTRICT JUDGE